UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------
KEVIN RAMSEY,

       Plaintiff,

       v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
---------------------------------------------

Civil Action No. 09-0348

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. §405(g)**

This matter having been opened to the Court by ANDREW T. BAXTER, Interim United States Attorney for the Northern District of New York, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this   31st   day of August, 2009;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                      Hon. Glenn T. Suddaby
                                      U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

                                  ANDREW T. BAXTER
                                  Interim United States Attorney

                                  *s/ Sixtina Fernandez*
                                  Sixtina Fernandez
                                  Special Assistant U.S. Attorney
                                  Bar No. 513910


                                  Conboy, McKay, Bachman & Kendal, LLP


                                  *s/ Peter L. Walton* by S.F
                                  Peter L. Walton, Esq.
                                  Attorney for Plaintiff