# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KEVIN RAMSEY**

vs.   **CASE NUMBER: 7:09-CV-348 (GTS/GHL)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon Stipulation of the parties this action. It is Ordered that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Commissioner for further administrative action pursuant to sentence 4 of 42 USC section 405(g), and it is further ORDERED that the within matter, be and hereby is, DISMISSED.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 31st day of August, 2009.

DATED: August 31, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk